United States District Court
Northern District of California

1

2

3

4                       UNITED STATES DISTRICT COURT

5                      NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSE CASILLAS MALANCHE,                    Case No. 16-cv-01327-JSC

8              Plaintiff,

9         v.                                    **ORDER OF TRANSFER**

10   S. FRAUENHEIM,

11             Defendant.                        (Dkt. No. 2)

12

13         In this habeas case, Petitioner seeks to challenge a conviction and sentence incurred in the

14   Superior Court of Fresno County.  Petitioner is incarcerated at Pleasant Valley State Prison, which

15   is also in Fresno County.  Fresno County is in the venue of the United States District Court for the

16   Eastern District of California.  *See* 28 U.S.C. § 84.

17         Venue for a habeas action is proper in either the district of confinement or the district of

18   conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard

19   in the district of conviction.  Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D.

20   Cal. 1968).  Because petitioner was convicted in Fresno County, this case is TRANSFERRED to

21   the United States District Court for the Eastern District of California.  *See* 28 U.S.C. § 1406(a);

22   Habeas L.R. 2254-3(b).  The Court defers to the Eastern District for ruling on the motion for leave

23   to proceed in forma pauperis (ECF No. 2).

24         The Clerk shall transfer this matter forthwith.

25         **IT IS SO ORDERED.**

26   Dated: May 3, 2016

27                                              _____
                                                JACQUELINE SCOTT CORLEY
28                                              United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CASILLAS MALANCHE,

        Plaintiff,

      v.

S. FRAUENHEIM,

        Defendant.

Case No.   16-cv-01327-JSC

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

     That on May 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Casillas Malanche ID: Prisoner Id AE-7513
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210

Dated: May 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2